IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                                   CASE NO:08-40339
                                                                                                CHAPTER 7

CICCARELLI, BRENDA

DEBTOR(S)

_____/

**NOTICE OF PAYMENT OF DIVIDEND TREATED
IN ACCORDANCE WITH RULE 3010**

**COMES NOW** Sherry F. Chancellor, Trustee, pursuant to the Trustee's Notice of Final Dividends to Creditors, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of a check in the amount of $4.46 representing the dividend(s) treated in accordance with Bankruptcy Rule 3010 for the following claim (s)/claimant(s):

| Claim No. | Claimant | Dividend |
|---|---|---|
| 004 | Recovery Management Systems<br>25 SE 2nd Avenue, #1120<br>Miami, FL 33131 | $4.46 |

**RESPECTFULLY SUBMITTED** this 28th day of October, 2009. .

/s/ Sherry F. Chancellor
SHERRY F. CHANCELLOR, TRUSTEE
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Payment of Dividend Treated in Accordance with Rule 3010 has been furnished by the U.S. Mail Service to the Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 and Recovery Management Systems, 25 SE 2nd Avenue, #1120, Miami, FL 33131 this 28th day of October, 2009.

                                              /s/ Sherry F. Chancellor
                                          SHERRY FOWLER CHANCELLOR